UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| THE TRAVELERS INDEMNITY CO OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:23-cv-00010-LEW ) |
| SVS NOOR LLC, d/b/a THE BOARDWALK INN, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Federal jurisdiction in this case is based on diversity of citizenship, 28 U.S.C. § 1332(a). Pursuant to Federal Rule of Civil Procedure 7.1, parties or intervenors in actions in which subject-matter jurisdiction is based on diversity must file a Diversity Disclosure Statement unless the court orders otherwise. The Diversity Disclosure Statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Defendant is a limited liability company. As such, its citizenship for purposes of diversity jurisdiction is determined by "the citizenship of all of its members." *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54-55 (1st Cir. 2006). *See also cf. Emigrant Residential LLC v. Pinti*, 37 F.4th 717, 723 n.3 (1st Cir. 2022) (confirming citizenship of partnership's membership through a show cause order). Presently, Defendant's Diversity Disclosure Statement merely states that it is an LLC

organized under the laws of the State of Maine. That assertion of citizenship, while relevant, is not sufficient to establish citizenship for diversity purposes. *See D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125 (1st Cir. 2011).

It is hereby **ORDERED** that Defendant SVS Noor, LLC d/b/a Boardwalk Inn shall, within fourteen days of the issuance of this order, file an amended Diversity Disclosure Statement that complies with Fed. R. Civ. P. 7.1(a)(2) by disclosing the citizenship of its members. If the membership of SVS Noor, LLC includes other unincorporated entities, then SVS Noor, LLC will disclose the citizenship of each member in the same fashion.

**SO ORDERED.**

Dated this 9th day of March, 2023.

                                                           /s/ Lance E. Walker  
                                                 UNITED STATES DISTRICT JUDGE